UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:16-cr-101-FtM-38MRM

RICARDO GARCIA
_____

**ORDER**[1]

Before the Court is Defendant Ricardo Garcia's Motion for Early Termination of Probation. (Doc. 58). Neither the Government nor United States Probation Office oppose the motion.

On July 31, 2017, the Court sentenced Garcia to three years of probation, random drug testing, and 100 hours of community service for transporting an illegal alien into the United States. (Doc. 55). Since then, Garcia has completed twenty-six months of probation and complied with all terms and conditions. And until a recent disability determination, he has worked steadily. For these reasons, Garcia requests early termination of probation.

A court can end a term of supervised release based on a defendant's conduct, the sentencing factors set forth in 18 U.S.C. § 3553(a), and input from the Government and the Probation Office. After reviewing the record and based on Garcia's history and characteristics, completed community service hours, and having otherwise satisfied the

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

terms and conditions of probation, the Court finds good cause to terminate his probation early.

Accordingly, it is now

**ORDERED:**

Defendant Ricardo Garcia's Motion for Early Termination of Probation (Doc. 58) is **GRANTED**. Garcia's term of probation is hereby terminated.

**DONE AND ORDERED** in Fort Myers, Florida on this 10th day of October 2019.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record